# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| DANA TURBYFILL, ) | |
| ) | Case No. 1:23-cv-88 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| TENNESSEE DEPARTMENT OF ) | |
| HUMAN SERVICES, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, Defendant's motion for summary judgment (Doc. 15) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

 */s/ Travis R. McDonough*
 **TRAVIS R. MCDONOUGH**
 **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT